# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW ANDERSON, | Case No. 1:16-cv-00369 LJO DLB PC |
| Plaintiff, | ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | [ECF No. 8] |
| KERNAN, | ORDER DIRECTING PLAINTIFF TO PAY FILING FEE WITHIN THIRTY DAYS |
| Defendant. | |

Plaintiff Andrew Anderson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S. C. § 1983. Plaintiff filed this action on March 17, 2016.

On April 11, 2016, Plaintiff filed an application to proceed in forma pauperis. Review of the application reveals that Plaintiff has the sum of $9,700.00 in cash (includes balance of checking or savings accounts).

Based on this, the Court finds that Plaintiff is able to afford the costs of this action.

Accordingly, it is HEREBY ORDERED that Plaintiff's application to proceed in forma pauperis is DENIED. Plaintiff is DIRECTED to pay the filing fee for this action within thirty

///
///
///
///

days of the date of service of this order.  <u>Failure to do so will result in dismissal of this action for failure to comply with a court order.</u>

IT IS SO ORDERED.

   Dated:   **April 15, 2016**             **/s/ Lawrence J. O'Neill**
                                                     UNITED STATES DISTRICT JUDGE