UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW S. ANDERSEN,<br><br>            Plaintiff,<br><br>      v.<br><br>SCOTT KERNAN,<br><br>            Defendant. | No.  1:16-cv-00369 LJO DLB PC<br><br>ORDER VACATING FINDINGS AND RECOMMEDATIONS AND ORDERING PLAINTIFF TO FILE AN AMENDED COMPLAINT WITHIN THIRTY (30) DAYS<br><br>(Document 12) |

Plaintiff Andrew S. Andersen ("Plaintiff") is a California state prisoner proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983.[1]  Plaintiff filed his complaint on March 17, 2016.

On May 25, 2016, the Magistrate Judge issued Findings and Recommendations that (1) the action be dismissed without leave to amend for failure to state a claim for which relief may be granted; and (2) the pending motions be denied as moot.

Plaintiff filed objections on June 22, 2016.

The Court has reviewed Plaintiff's objections and, in the interest of giving Plaintiff an opportunity to amend, VACATES the Findings and Recommendations.  Plaintiff SHALL file an amended complaint within thirty (30) days of the date of service of this order.

///

---

[1] Plaintiff paid the filing fee on April 29, 2016.

1

1  The Court will not rule on the pending motions unless and until Plaintiff states a claim for
2  relief.

3
4  IT IS SO ORDERED.

5  Dated:  **June 30, 2016**                    /s/ Dennis L. Beck
6                                   UNITED STATES MAGISTRATE JUDGE