UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW S. ANDERSEN,<br><br>            Plaintiff,<br><br>      v.<br><br>SCOTT KERNAN,<br><br>            Defendant. | Case No.: 1:16-cv-00369-LJO-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND MOTION FOR ORDER TO SHOW CAUSE<br><br>(ECF Nos. 7, 11, 17) |

Plaintiff Andrew S. Andersen ("Plaintiff"), a state prisoner proceeding *pro se*, initiated this civil rights action pursuant to 42 U.S.C. § 1983 on March 17, 2016.

On January 23, 2017, the Magistrate Judge issued Findings and Recommendations to deny Plaintiff's motion for preliminary injunction and Plaintiff's related motion for an order to show cause why the motion for preliminary injunction should not be granted. The Findings and Recommendations were served on Plaintiff, and contained notice that any objections were to be filed within fourteen (14) days after service. (ECF No. 17 at 3). More than fourteen days have passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued on January 23, 2017, are adopted in full;
2. Plaintiff's motion for a preliminary injunction, filed on April 11, 2016, is DENIED; and
3. Plaintiff's motion for an order to show cause why the motion for preliminary injunction should not be granted, filed on May 17, 2016, is DENIED.

IT IS SO ORDERED.

Dated:   **February 16, 2017**          /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE