# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW S. ANDERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>SCOTT KERNAN,<br><br>    Defendant. | Case No. 1:16-cv-00369-LJO-BAM (PC)<br><br>ORDER DENYING MOTION TO IMMEDIATELY SCREEN FIRST AMENDED COMPLAINT AS MOOT<br>(ECF No. 20)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br>(ECF No. 21)<br><br>**Objections Due: January 15, 2018** |

Plaintiff Andrew S. Anderson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 21, 2017, the Court issued findings and recommendations recommending dismissal of this action for failure to state a claim. (ECF No. 19.) Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Id. at 8.) Plaintiff's objections are currently due on or before December 8, 2017.

Currently before the Court are Plaintiff's motion for the Court to immediately screen his first amended complaint, (ECF No. 20), and Plaintiff's motion for an extension of time to file objections to the findings and recommendations, (ECF No. 21). In his motion for extension of

1

1 time to file objections, Plaintiff states that due to fog days, upcoming holidays, limited access to
2 the prison law library, and working eight hours a day, five days a week, he cannot meet the
3 current filing deadline. (ECF No. 21.) Plaintiff seeks an extension of the deadline to January 15,
4 2018.

As it appears that the Court's findings and recommendations crossed in the mail with Plaintiff's motion for the Court to screen the first amended complaint, (ECF No. 20), that motion is DENIED as moot.

Further, having considered Plaintiff's moving papers, the Court finds good cause and Plaintiff's request for an extension of time to file his objections to the findings and recommendations (ECF No. 21) is HEREBY GRANTED. Plaintiff shall file his objections on or before **January 15, 2018**.

IT IS SO ORDERED.

Dated: **December 7, 2017**      /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE